ORIGINAL

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Dublin Division

SAMANTHA D. WATKINS,

    Plaintiff,

vs

CAPITAL CITY BANK,

    Defendant.

CASE NUMBER CV314-039

FILED U.S. DISTRICT COURT
2015 APR 13 P 2: 15
C. Adams

## ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This 13th day of April, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA